James M. Dombroski - SBN 56898
LAW OFFICE OF JAMES M. DOMBROSKI
Post Office Box 751027
Petaluma, CA 94975
Tel: 707-762-7807
FAX: 707-769-0419

Attorneys for Defendant
Tiger Oak Publications, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTAGIO CORPORATION,<br><br>    Petitioner,<br><br>vs.<br><br>TIGER OAK PUBLICATIONS, INC.,<br><br>    Respondent. | Civil No. C06 3592 PJH<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by Plaintiff Intagio Corporation and Defendant Tiger Oak Publications, Inc., through their undersigned counsel, that the initial Case Management Conference set for September 7, 2006, be continued to October 5, 2006, at 2:30 p.m.

DATED: August 3, 2006.

_____
ALAN H. FAIRLEY
Attorney for Plaintiff Intagio Corporation

DATED: August 4, 2006.

_____
JAMES M. DOMBROSKI
Attorney for Defendant Tiger Oak Publications, Inc.

1
*Stipulation and Order re Continuance of Initial Case Management Conference*

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 2 | DATED: _____August 4_____, 2006. |

_____
Honorable Phyllis

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(Seal: United States District Court, Northern District of California)