1  James M. Dombroski - SBN 56898
   LAW OFFICE OF JAMES M. DOMBROSKI
2  Post Office Box 751027
   Petaluma, CA 94975
3  Tel: 707-762-7807
   FAX: 707-769-0419
4
   Attorneys for Respondent
5  Tiger Oak Publications, Inc.

6
                      UNITED STATES DISTRICT COURT
7
                      NORTHERN DISTRICT OF CALIFORNIA
8

9  INTAGIO CORPORATION )  Civil No. C06 3592 PJH
                                   )
10        Petitioner. )
                                   ) **STIPULATION AND ORDER**
11 vs. ) **CONTINUING THE CASE**
                                   ) **MANAGEMENT CONFERENCE**
12 TIGER OAK PUBLICATIONS, INC. )
                                   )
13        Respondent. )
                                   )
14                                    )
15                                    )

16         For the reasons stated in the Administrative Motion to Continue Case Management

17 Conference on 10/5/06 at 2:30 p.m., filed by Defendant Tiger Oak Publications, it is

18 hereby stipulated by Plaintiff Intagio Corporation and Defendant Tiger Oak Publications,

19 Inc., through their undersigned counsel, that the initial Case Management Conference set

20 for October 5, 2006, at 2:30 p.m. be continued to the next available date.

21         DATED: October 2, 2006.

22

23                                       Steven J. Lewicky
                                      Attorney for Plaintiff Intagio Corporation
24
        DATED: October 2, 2006.
25

26                                       James M. Dombroski
                                      Attorney for Defendant Tiger Oak Publications
27

28

Stipulation and Order to Continue the
Case Management Conference

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Pursuant to the stipulation, IT IS ORDERED that the Case Management Conference be continued from October 5, 2006, at 2:30 p.m. to October 19, 2006 at 2:30 p.m.

DATED: October 2, 2006.

_____
Phyllis J. Hamilton
Judge, United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

Stipulation and Order to Continue the
Case Management Conference

2