UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTAGIO CORPORATION,

    Plaintiff,

    v.

TIGER OAK PUBLICATIONS, INC.,

    Defendant.
_____/

No. C 06-3592 PJH

**ORDER RE OBJECTIONS TO MAGISTRATE JUDGE'S RULING RE SANCTIONS**

The court is in receipt of defendant's objections to Magistrate Judge Chen's discovery order dated September 20, 2007. Specifically, defendant objects to the Magistrate Judge's decision to award sanctions against defendant in the amount of $4200, in view of defendant's failure to provide complete interrogatory responses.

Defendant's objections are hereby OVERRULED. First, defendant's objections are untimely. Defendant filed the instant objections on October 8, 2007 – well more than 10 days after the Magistrate Judge's September 20 ruling issued. See Fed. R. Civ. Proc. 72(a)(requiring service of objections "[w]ithin 10 days after being served with a copy of the magistrate judge's order"). Second, and moreover, after review of the Magistrate Judge's ruling as well as the relevant underlying supporting authority, the court concludes that the Magistrate Judge's ruling is neither clearly erroneous, nor contrary to law, as contemplated by Federal Rule of Civil Procedure 72-(a).

**IT IS SO ORDERED.**

Dated: October 11, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge