UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTAGIO CORPORATION,<br><br>            Plaintiff(s),<br><br>   v.<br><br>TIGER OAK PUBLICATIONS INC.,<br><br>            Defendant(s). | No. C06-3592 PJH (BZ)<br><br>**ORDER DECLINING TO EXCUSE PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |

    By letter dated November 7, 2007 defendant Tiger Oak Publications requested that its representative be permitted to attend the Settlement Conference by telephone on the grounds that it is located out of state and wishes to avoid the expense of traveling to San Francisco for the conference. Plaintiff opposes the request.

    The Settlement Conference Order states that personal attendance of a representative will only be excused upon a showing of substantial hardship. Everyone incurs some burden in attending a court ordered hearing or conference. Those burdens are a normal incident of litigation and do not amount

1

to substantial hardship in this case.  Accordingly, defendant's request is **DENIED**.

The parties are reminded to carefully comply with the Settlement Order in selecting their representatives.  Someone personally involved in the underlying dispute should not attend unless the corporation has no one else with full settlement authority to represent it.

Dated:  November 13, 2007

                                  Bernard Zimmerman
                       United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\INTAGIO.DENYEXC.wpd