UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTAGIO CORPORATION,

    Plaintiff(s),                                  No. C 06-3592 PJH

    v.                                              **ORDERING GRANTING MOTION TO MODIFY PRETRIAL SCHEDULE**

TIGER OAK PUBLICATIONS INC.,

    Defendant(s).

_____/

Before the court is defendant's administrative motion to modify the pretrial schedule. Although the time for plaintiff to oppose the motion has not expired, the court rules on the motion given that the pretrial papers are due tomorrow, January 8, 2008. The court finds that defendant has not shown good cause for continuing the filing deadline for those pretrial papers that need not be jointly filed. Nonetheless, in the interest of complete and thorough pretrial preparation of this case, the court modifies the pretrial schedule as follows:

1.     Pretrial papers may be filed no later than January 15, 2008.

2.     The pretrial conference is continued from February 7, 2008 to February 14, 2008, at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: January 7, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge