STEVEN J. LEWICKY (SBN 203623)
INTAGIO CORPORATION
22 4th Street, Suite 1120
San Francisco, California 94103
Telephone: (415) 247-9532
Facsimile: (415) 543-0375
E-mail: slewicky@intagio.com

RUSSELL I. GLAZER (SBN 166198)
KATHLEEN E. HOLTZ (SBN 252173)
TROYGOULD PC
1801 Century Park East, Suite 1600
Los Angeles, California 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746
E-mail: riglazer@troygould.com

Attorneys for Plaintiff
Intagio Corporation, formerly known as
Intagio Trading Network, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTAGIO CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TIGER OAK PUBLICATIONS INC.,<br><br>　　　　　Defendants. | Case No. C 06-03592 PJH<br><br>Assigned for all purposes to:<br>Judge Phyllis J. Hamilton<br><br>NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER WITH CONTIGENCY<br>Complaint filed: June 6, 2006<br>Trial date: March 3, 2008 |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Kathleen E. Holtz of TroyGould PC, 1801 Century Park East, Suite 1600, Los Angeles, California 90067, telephone: 310-789-1211, facsimile: 310-789-1411, email: kholtz@troygould.com, is substituting in as co-counsel of record for Intagio Corporation, formerly known as Intagio Trading Network, Inc. Jeffrey Rosenfeld and Alan Fairley no longer represent Intagio.

Dated: February 5, 2008

Respectfully submitted,

Steven J. Lewicky
INTAGIO CORPORATION

Russell I. Glazer
Kathleen E. Holtz
TROYGOULD PC

By: /s/ Kathleen E. Holtz
    Kathleen E. Holtz
Attorneys for Plaintiff Intagio Corporation, formerly known as Intagio Trading Network, Inc.

2/6/08

SUBSTITUTION APPROVAL CONTINGENT ON COUNSEL'S ABILITY TO PROCEED TO TRIAL AS SCHEDULED.

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA