1  STEVEN J. LEWICKY (SBN 203623)
   INTAGIO CORPORATION
2  22 4th Street, Suite 1120
   San Francisco, California 94103
3  Telephone:  (415) 247-9532
   Facsimile:  (415) 543-0375
4  E-mail:  slewicky@intagio.com

5  RUSSELL I. GLAZER (SBN 166198)
   KATHLEEN E. HOLTZ (SBN 252173)
6  TROYGOULD PC
   1801 Century Park East, Suite 1600
7  Los Angeles, California 90067-2367
   Telephone:  (310) 553-4441
8  Facsimile:  (310) 201-4746
   E-mail:  riglazer@troygould.com
9
   Attorneys for Plaintiff
10 Intagio Corporation, formerly known as
   Intagio Trading Network, Inc.
11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15  INTAGIO CORPORATION,                    )    Case No. C 06-03592 PJH
                                            )
16                  Plaintiff,              )    Assigned for all purposes to:
                                            )    Judge Phyllis J. Hamilton
17      vs.                                 )
                                            )    PLAINTIFF'S REQUEST FOR JUDICIAL
18  TIGER OAK PUBLICATIONS INC.,            )    NOTICE RE. CORPORATE NAME
                                            )    CHANGE
19                  Defendants.             )
                                            )    Complaint filed: June 6, 2006
20  ─────────────────────────────────      )    Trial date:    March 3, 2008

21

22

23                                              IT IS SO ORDERED

24                                              _____
                                                Phyllis J. Hamilton
25                                              United States District Judge

26                                              _____2/19/08_____
                                                Date
27

28

**TroyGould**
**PC**

1      Pursuant to Federal Rule of Evidence 201(b)(2), Plaintiff Intagio Corporation ("Intagio"

2  or "Plaintiff") requests that the Court take judicial notice of the following:

3      (1)    Intagio Trading Network, Inc. changed its corporate name to Intagio Corporation

4  on December 27, 2005, and such name change was recorded in the records of the California

5  Secretary of State on March 17, 2006;

6      (2)    Exhibit 68, which is attached hereto as Exhibit A, is a true and correct copy of a

7  name change certificate of qualification reflecting recordation of the name change in the records

8  of the California Secretary of State; and

9      (3) .   Attached hereto as Exhibit B is a true and correct copy of a certification from the

10  State of Delaware reflecting the corporate name change.

11      In light of the aforementioned documents, the corporate name change is a fact "not

12  subject to reasonable dispute in that it is . . . (2) capable of accurate and ready determination by

13  resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

14  Dated: February 14, 2008         Respectfully submitted,

15                    Steven J. Lewicky
                         INTAGIO CORPORATION

16

17                    Russell I. Glazer
                       Kathleen E. Holtz
                       TROYGOULD PC

18

19                    By:
                        Russell I. Glazer

20                    Attorneys for Plaintiff Intagio Corporation,
                     formerly known as Intagio Trading Network,

21                    Inc.

22

23

24

25

26

27

28

# EXHIBIT A

# State of California
## Secretary of State

## NAME CHANGE
## CERTIFICATE OF QUALIFICATION

### 2262624

I, BRUCE McPHERSON, Secretary of State of the State of California, hereby certify that on the **9th day of March, 2006**, there was filed in this office an Amended Statement and Designation by Foreign Corporation whereby the corporate name of **INTAGIO TRADING NETWORK, INC.**, a corporation organized and existing under the laws of **Delaware**, was changed to **INTAGIO CORPORATION**. This corporation complied with the requirements of California law in effect on that date for the purpose of qualifying to transact intrastate business in the State of California and as of said date has been and is qualified and authorized to transact intrastate business in the State of California, subject however, to any licensing requirements otherwise imposed by the laws of this State.

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of March 17, 2006.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case #: C 06-3592 PJH
PLNTF EXHIBIT NO.
Date Admitted: _____
By: _____
Deputy Clerk

BRUCE McPHERSON
Secretary of State

klb

OSP 05 94201

— 81 —

EXHIBIT V

# EXHIBIT B



*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"INTAGIO INTERNATIONAL CORPORATION", A DELAWARE CORPORATION,

"INTAGIO NORTH AMERICA, INC.", A DELAWARE CORPORATION,

WITH AND INTO "INTAGIO TRADING NETWORK, INC." UNDER THE NAME OF "INTAGIO CORPORATION", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE TWENTY-SEVENTH DAY OF DECEMBER, A.D. 2005, AT 7:24 O'CLOCK P.M.



Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

3285696   8100M

060223796

AUTHENTICATION: 4613865

DATE: 03-23-06