UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTAGIO CORPORATION,

        Plaintiff(s),

v.

TIGER OAK PUBLICATIONS INC.,

        Defendant(s).

No. C 06-3592 PJH

**ORDER OF DISMISSAL**

Counsel for both parties, having advised the court that the parties have agreed to a settlement of this cause, and having submitted an executed copy of the letter agreement which according to its terms is fully enforceable, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within thirty (30) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings.

The parties may substitute a dismissal **with** prejudice simply by submitting a stipulation and order for dismissal with prejudice within thirty (30) days.

The March 3, 2008 date for trial is VACATED.

IT IS SO ORDERED.

Dated: February 29, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge