1  STEVEN J. LEWICKY (SBN 203623)
   INTAGIO CORPORATION
2  22 4th Street, Suite 1120
   San Francisco, California 94103
3  Telephone: (415) 247-9532
   Facsimile: (415) 543-0375
4  E-mail: slewicky@intagio.com

5  RUSSELL I. GLAZER (SBN 166198)
   KATHLEEN E. HOLTZ (SBN 252173)
6  TROYGOULD PC
   1801 Century Park East, 16th Floor
7  Los Angeles, California 90067-2367
   Telephone: (310) 553-4441
8  Facsimile: (310) 201-4746
   E-mail: riglazer@troygould.com
9
   Attorneys for Plaintiff
10 Intagio Corporation, formerly known as
   Intagio Trading Network, Inc.
11
   James M. Dombroski – SBN 56898
12 LAW OFFICE OF JAMES M. DOMBROSKI
   Post Office Box 751027
13 Petaluma, California 94975
   Telephone: (707) 762-7807
14 Facsimile: (707) 769-0419

15 Jeffery K. Perkins – SBN 57996
   LAW OFFICES OF JEFFERY K. PERKINS
16 1275 Columbus Avenue
   San Francisco, California 94133
17 Telephone: (415) 474-3833
   Facsimile: (415) 474-2890
18
   Attorneys for Defendant
19 Tiger Oak Publications, Inc.

20                          UNITED STATES DISTRICT COURT

21                         NORTHERN DISTRICT OF CALIFORNIA

22 INTAGIO CORPORATION,                 )  Case No. C 06-03592 PJH
                                        )
23                    Plaintiff,        )  Judge Phyllis J. Hamilton
       vs.                              )
24                                      )  STIPULATION AND [PROPOSED]
   TIGER OAK PUBLICATIONS INC.,         )  ORDER RE DISMISSAL
25                                      )
                      Defendants.       )
26 _____ )

27

28

**TroyGould PC**

STIPULATION AND [PROPOSED] ORDER

## STIPULATION

Pursuant to the Court's February 29, 2008 Order of Dismissal, it is hereby stipulated, by the parties hereto, through their respective counsel and subject to the approval of the Court, that:

1. The above-captioned action is dismissed, with prejudice;
2. Each party shall bear its own costs and attorneys' fees; and
3. The Court shall retain jurisdiction following dismissal for the purpose of enforcing the parties' settlement agreement and entering the parties' stipulated judgment in the event of a default thereunder.

Dated: 3/28, 2008

Russell I. Glazer
Kathleen E. Holtz
TROYGOULD PC

_/s/ Russell I. Glazer_
Russell I. Glazer
Attorneys for Plaintiff Intagio Corporation, formerly known as Intagio Trading Network, Inc.

Dated: 3|17, 2008

_/s/ James M. Dombroski_
James M. Dombroski
Attorney for Defendant Tiger Oak Publications, Inc.

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: March 31, 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton